177 So. 926

**Leon SULLIVAN v. CITY OF BIRMINGHAM.**

**6 Div. 194.**

Court of Appeals of Alabama.

Nov. 16, 1937.

PER CURIAM.

Appeal dismissed on motion of appellant.

186 So. 925

**George SUTTON v. STATE.**

**8 Div. 719.**

Court of Appeals of Alabama.

Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

182 So. 925

**Welcher SWANN v. STATE.**

**4 Div. 420.**

Court of Appeals of Alabama.

June 30, 1938.

Keener Baxley and L. A. Farmer, both of Dothan, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

177 So. 926

**Will SWEAT, alias, v. STATE.**

**I Div. 303.**

Court of Appeals of Alabama.

Jan. 11, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

184 So. 922

**Turner TARVER v. STATE.**

**4 Div. 429.**

Court of Appeals of Alabama.

Nov. 22, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

187 So. 899

**H. A. TAYLOR v. Lamar CRAWFORD.**

**2 Div. 661.**

Court of Appeals of Alabama.

March 7, 1939.

W. R. Withers, of Greensboro, for appellant.

W. P. Gewin, of Greensboro, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.